UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-MJ-1901-KS-1

UNITED STATES OF AMERICA

v.

DONALD RUDDIMAN

ORDER TO SEAL

On the motion of the Defendant, Donald Ruddiman, and for good cause shown, it is hereby ORDERED that the **[DE 22]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 1st day of October 2025.

Kimberly A. Swank
United States Magistrate Judge